UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW EDGE INTERNATIONAL, LLC, a New Jersey Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TRANS-NET, INC., a Washington corporation,<br><br>Defendant. | Case No. C08-1552TSZ<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against PLAINTIFF NEW EDGE INTERNATIONAL, LLC. and on behalf of DEFENDANT in the amount of $1,361.34.

Dated this ___1st___ day of February, 2010 .

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 1